**DISMISS; and Opinion Filed January 24, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01344-CV

## IN THE INTEREST OF T.S., R.S., L.S., S.S., AND R.S., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-54296-2013**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Francis

Appeal is brought from this order in a suit affecting the parent/child relationship. In a letter dated December 11, 2013, the Court questioned its jurisdiction absent an appealable order. We instructed appellant to file a letter brief by January 3, 2014 addressing our jurisdictional concern. We cautioned appellant that failure to file a jurisdictional brief by the requested date may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed a jurisdictional brief.

In his notice of appeal, appellant states he is appealing the ruling from the hearing held on September 24, 2013. On that date, the trial court conducted a hearing on appellee's motion for temporary orders. The trial court signed temporary orders on September 25, 2013. Section 105.001 of the Texas Family Code expressly precludes an interlocutory appeal from temporary orders in a suit affecting the parent/child relationship. *See* TEX. FAM. CODE ANN. § 105.001(e)

(West 2008).  Because temporary orders are not appealable, we dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

131344F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF T.S., R.S., L.S., S.S., AND R.S., CHILDREN

No. 05-13-01344-CV

On Appeal from the 429th Judicial District Court, Collin County, Texas.
Trial Court Cause No. 429-54296-2013.
Opinion delivered by Justice Francis. Justices Lang-Miers and Lewis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Zimra Smith, recover her costs of this appeal from appellant, Rodell Theodore Smith.

Judgment entered this 24th day of January, 2014.

/Molly Francis/

MOLLY FRANCIS
JUSTICE